WASHINGTON *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 5, September Term, 1965.]

*Decided October 20, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY and BARNES, JJ.

PER CURIAM.

The application of Edward Charles Washington for leave to appeal from the order denying him post conviction relief from his imprisonment for second degree murder is hereby denied for the reasons stated in the oral opinion of Judge Bowen at the hearing below.

*Application denied.*